

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 18−30614
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Sergio C. Gomez
   fdba Pepper 1 Inc. fdba Salsa's Restaurant, Tax ID /
   EIN: 27−2977198, fka Pepper 1, Inc. fdba Tegulera's
   Restaurant, Tax ID / EIN: 27−2977198
6014 Colton Ridge Dr.
Indian Trail, NC 28079
Social Security No.: xxx−xx−6384

Graciela R. Gomez
6014 Colton Ridge Dr.
Indian Trail, NC 28079
Social Security No.: xxx−xx−0727

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Notice of Transfer of Claim filed in the above referenced case on 07/14/2021 as document # 31 is defective for the reason(s) marked below:

   Redaction blocks continue on all pages.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: July 15, 2021

Steven T. Salata
Clerk of Court

Electronically filed and signed (7/15/21)